# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-3477

_____

United States of America

*Plaintiff - Appellee*

v.

William Matthew Plump

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: October 18, 2022
Filed: October 21, 2022
[Unpublished]

_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

William Plump received a 144-month prison sentence after he pleaded guilty to possession with intent to distribute methamphetamine. *See* 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii). He asks us to vacate his sentence due to alleged misstatements made at sentencing.

We conclude that Plump has failed to show that any of the alleged misstatements affected his substantial rights. *See United States v. Isler*, 983 F.3d 335, 341, 343 (8th Cir. 2020) (applying the plain-error standard to unpreserved claims of procedural sentencing error); *United States v. Alaboudi*, 786 F.3d 1136, 1141 (8th Cir. 2015) (using the same standard to evaluate unpreserved claims of prosecutorial misconduct). The district court[1] carefully explained its reasons for imposing a 144-month sentence, and nothing (other than speculation) suggests that it actually relied on any false information in sentencing him. *See United States v. Pirani*, 406 F.3d 543, 553 (8th Cir. 2005) (en banc). We accordingly affirm the judgment and deny the motion to supplement the record.

_____

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.